# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
## CHAPTER 13 PLAN (Individual Adjustment of Debts) www.flsb.uscourts.gov

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Tatiana Antonetti   JOINT DEBTOR: _____   CASE NO.: _____
Last Four Digits of SS# 7978   Last Four Digits of SS# _____

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
   A.   $183.44 for months 1 to 60; in order to pay the following creditors:

Administrative: Attorney's Fee - $4,000.00 TOTAL PAID $2,000.00
   Balance Due $2,000.00 Payable $100.00/month (Months 1 to 20)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____   Arrearage on Petition Date  $_____
Address: _____    Arrears Payment   $_____/month (Months _____ to _____)
         _____    Arrears Payment   $_____/month (Months _____ to _____)
         _____    Regular Payment   $_____/month (Months _____ to _____)

Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  | $ | ____ To ____ |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____   Total Due $_____
                              Payable  $_____/month (Months ____ to ____) Regular Payment $_____

Unsecured Creditors: Pay $65.09/month (Months 1 to 20).
                    Pay $165.09/month (Months 21 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Wachovia (1st Mortgage) shall be paid directly.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

Debtor: /s/ Tatiana Antonetti
Date: 10/27/09

Joint Debtor:
Date: _____

LF-31 (rev. 08/01/06)