UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re: **Tatiana Antonetti**　　　　　　　　　　Case No.: **09-33268-LMI**
　　　　　　　　　　　　　　　　　　　　　　　Chapter 13
_____Debtor  /

## OBJECTION TO CLAIM OF WACHOVIA BANK, N.A. AND NOTICE OF HEARING ON SHORTENED NOTICE ON OBJECTION TO CLAIM

*IMPORTANT NOTICE TO CREDITOR: THIS IS AN OBJECTION TO YOUR CLAIM*

**This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. This objection also sets an expedited hearing on this objection on the date already scheduled for the confirmation hearing in accordance with Administrative Order 99-4, "Order Shortening the Time for Serving and Noticing Hearing on Certain Objections to Claims in Chapter 13 Cases".**

Pursuant to Bankruptcy Rule 3007, Local Rule 3007-1 and Administrative Order 99-4, the debtor objects to the following claim filed in this case:

COMES NOW, **Tatiana Antonetti,** Debtor, by and through her undersigned counsel and Objects to the Proof of Claim filed by Wachovia Bank, N.A. (claim number 2), hereinafter referred to as creditor and as grounds therefore would show:

1. Creditor, Wachovia Bank, N.A., filed an proof of claim (claim number 2) on or about November 17, 2009 alleging a secured claim in the amount of $176,741.95 alleging an average in the amount of $52.94.

2. The Debtor is current and the creditor is being paid directly. The arrearage should be reduced to 0 (zero). The claim should be stricken and disallowed.

WHEREFORE, for the above reasons Debtor prays this Honorable Court enter an order sustaining the Debtor's objection to claim number 2, the arrearage in claim number 2 should be reduced to 0 (zero) and claim number 2 should be stricken and disallowed.

**You are hereby notified that:** A hearing on this objection will be held on December 3, 2009 at 1:30 p.m. at: Claude Pepper Federal Building, 51 SW 1st Avenue, Room 1409, Miami, FL 33130.

The movant, or movant's counsel,  Freire & Gonzalez, P.A.  , shall serve a copy of this objection and notice of hearing on all required parties and shall file this original objection and notice and completed certificate of service (printed on reverse) with the court *not later than 14 days prior to the hearing date.*

> All moving or objecting parties shall bring to the hearing, a proposed order, sustaining their position, with appropriate copies and envelopes.

## CERTIFICATE OF SERVICE AND COMPLIANCE WITH LOCAL RULE 9073-1(D)

I HEREBY CERTIFY that a true and correct copy of the foregoing **OBJECTION TO CLAIM OF WACHOVIA BANK, N.A.** has been filed this _20th_ day of _November_, 2009, and a copy of the accompanying **Notice of Hearing** was mailed to **Nancy N. Herkert, Chapter 13 Trustee,** via NEF, and **Wachovia Bank, N.A.,** POB 13765, R4057-01P, Roanoke, VA 24037-3765, **Wachovia Bank, N.A., Attn. Registered Agent: Corp. Service Co.,** 11 S 12th ST, POB 1463, Richmond, VA 23218, **Wachovia Bank, N.A., c/o CSC,** 2711 Centerville Rd, Wilmington, DE 19808, **Wachovia Bank, N.A., Attn. Registered Agent: Prentice-Hall Corp. Sys., Inc.,** 1201 Hays ST, Ste 105, Tallahassee, FL 32301, **Wachovia Bank, N.A., Attn. Officer/Director: Title P/D David L. Pope,** 401 S. Tryon ST, Charlotte, NC 28202 and **Debtor, Tatiana Antonetti,** 16909 N Bay Rd Apt. 919, Sunny Isl Bch, FL 33160 in the instant case via first class mail.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States Bankruptcy Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1-A.

_____
FREIRE & GONZALEZ, P.A.
Attorneys for Debtor(s)
[ ] Edward Freire, Esq. FBN: 0813771
[X] Laila S. Gonzalez, Esq. FBN: 0975291
10647 N Kendall Dr
Miami, FL 33176
(305) 826-1774