

# ORDERED in the Southern District of Florida on January 11, 2010.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re: **Tatiana Antonetti**                                    Case No.: **09-33268-LMI**
                                                                Chapter 13

_____ Debtor   /

### ORDER SUSTAINING OBJECTION TO CLAIM #2

**THIS CAUSE**, having come on for the hearing on the 5th day of January, 2010 on Debtor's Objection to Claim of Wachovia Bank, N.A. (claim number 2), and based on the record, it is;

**ORDERED and ADJUDGED:**

1. Debtor's Objection to Claim of Wachovia Bank, N.A. (claim number 2) is sustained.

2. The arrearage in claim number 2 is reduced to 0.

3. Claim number 2 is stricken and disallowed.

### # # #

Copies furnished:
Freire & Gonzalez, P.A.
Nancy N. Herkert, Trustee
Tatiana Antonetti, Debtor
Wachovia Bank, N.A., Creditor

The movant, or movant's counsel, Freire & Gonzalez, P.A., shall serve a copy of this order to all required parties and within the time frames required by the Federal Rules of Bankruptcy Procedure, local rules, or orders of the court, and shall file this original notice and completed certificate of service.