UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re: Tatiana Antonetti                    PROCEEDINGS UNDER CHAPTER 13
                                            CASE NO: 09-33268-LMI

_____Debtor_____/

## MOTION TO DETERMINE MORTGAGE PAYMENT CHANGE
## AND REQUEST FOR FEES

COMES, now the debtor, **Tatiana Antonetti**, by and through her undersigned counsel and moves this Honorable Court to determine Mortgage Payment Change and as grounds therefore would show:

1. Debtor is paying her mortgage directly outside of the chapter 13 plan.

2. The mortgage company, Wells Fargo Bank, NA on or about April 13, 2012 filed a Notice of Mortgage Payment Change from $637.74 to $1,195.41.

3. The payment change is unwarranted and should be disallowed.

4. The Debtor has incurred reasonable attorney fees in bringing and prosecuting the instant Motion.

WHEREFORE, the above reasons Debtor prays this Honorable Court enter an order disallowing the payment change from $637.74 to $1,195.41 and awarding debtor's counsel reasonable attorney fees.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing along with the Notice of Hearing was mailed this \_17th\_day of \_April\_ 2012, to **Nancy Herkert, Trustee,** (via NEF) , **Wells Fargo Bank, NA, Attention CEO: John Stumpf,** 301 S. College St., VA 0343, Charlotte, NC 28288-0343, **via certified mail: (70112970000317522126), Wells Fargo Bank, NA, NA, Attn: Bankruptcy Specialist: Michele Collins,** 1 Home Campus X2303-01A, Des Moines, IA 50238 and email: heqbankruptcych13@wellsfargo.com and **Debtor** in the instant case via regular mail.

FREIRE & GONZALEZ, P.A.
Attorneys for Debtor
[ ] Edward Freire, Esq. FBN: 0813771
[X] Laila S. Gonzalez, Esq. FBN: 0975291
10647 N Kendall Dr
Miami, FL 33176
(305) 826-1774