

**ORDERED in the Southern District of Florida on June 11, 2012.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court

---

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

In Re: Tatiana Antonetti                                    PROCEEDINGS UNDER CHAPTER 13
                                                            CASE NO: 09-33268-LMI
_____Debtor_____/

### ORDER DENYING MOTION TO DETERMINE PAYMENT CHANGE

**THIS CAUSE**, came on for hearing the 5th day of June, 2012 on Debtor's Motion to Determine Payment Change, the court having heard argument of counsel it is:

ORDERED and **ADJUDGED**:

1.  The Debtor's Motion to Determine Payment Change is denied. The payment change from $637.74 to $1,195.41 is disallowed.

2.  The creditor is directed to cease filing Notices of Payment Change in the instant case. If the creditor files an additional Notice of Payment Change the court will award fees to Debtor's counsel for the Notice of Payment Change already filed and the future Notice of Payment Change.

3.  The creditor is excused from compliance with Bankruptcy Rule 3002.1.

###

Copies furnished to:
Freire & Gonzalez, P.A.
Nancy Herkert, Trustee
Tatiana Antonetti, Debtor

The movant, or movant's counsel, Freire & Gonzalez, P.A. shall serve a copy of this notice and unless previously served, the above-described pleading to all required parties and within the time frames required by the Federal Rules of Bankruptcy Procedure, local rules, or orders of the court, and shall file this original notice and completed certificate of service.