UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:  Tatiana Antonietti

Case No.: 09-33268-LMI
Chapter 13

Debtors.
_____/

## MOTION TO APPROVE MODIFICATION OF MORTGAGE
## AND REQUEST FOR ATTORNEY FEES

**COMES NOW,** the Debtor, Tatiana Antonietti, by and through her undersigned counsel and moves this Honorable Court for an Order Approving a Modification of Mortgage and approving attorneys fees, and as grounds therefore would show:

1. The Debtor has the opportunity to modify her mortgage with Wells Fargo Home Mortgage.

2. A requirement of the mortgage company is an order approving the modification.

3. The Debtor has incurred $525.00 in attorneys fees and costs.

**WHEREFORE,** for the above reasons Debtor prays this Honorable Court enter an Order approving the debtor's modification and approving debtor's attorneys fees in the amount of $525.00.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing, has been filed this 25 day of MARCH, 2013, and a copy of the foregoing and the accompanying **Notice of Hearing** is being simultaneously mailed to **Nancy K. Neidich**, via NEF, **all creditors on the attached mailing list**, and **Debtors** in the instant case via first class mail.

FREIRE & GONZALEZ, P.A.
Attorneys for Debtor(s)
[ ] Edward Freire, Esq. FBN: 0813771
[X] Laila S. Gonzalez, Esq. FBN: 0975291
10647 North Kendall Drive
Miami, FL 33176
(305)826-1774

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 09-33268-LMI<br>Southern District of Florida<br>Miami<br>Mon Mar 25 12:58:49 EDT 2013 | East Bay Funding, LLC<br>c/o Resurgent Capital Services<br>PO Box 288<br>GREENVILLE, SC 29602-0288 | Wells Fargo Bank<br>X2303-01A<br>1 Home Campus<br>Des Moines, IA 50328-0001 |
| Wells Fargo Bank NA<br>1 Home Campus<br>Mac x2303-01A<br>Des Moines, IA 50328-0001 | 5TH3RDGLHEC<br>2401 INTERNATIONAL POB 7859<br>MADISON WI 53707-7859 | ANNIE SEZ<br>PO BOX 1003<br>TOTOWA NJ 07511-1003 |
| ASPIRE<br>PO BOX 105555<br>ATLANTA GA 30348-5555 | BANK OF AMERICA<br>PO BOX 17054<br>WILMINGTON DE 19850-7054 | CHASE<br>PO BOX 15298<br>WILMINGTON DE 19850-5298 |
| CHASE BANK USA NA<br>PO BOX 15298<br>WILMINGTON DE 19850-5298 | CHASE-PIER<br>PO BOX 15298<br>WILMINGTON DE 19850-5298 | CHASECC<br>PO BOX 15298<br>WILMINGTON DE 19850-5298 |
| CITI<br>PO BOX 6241<br>SIOUX FALLS SD 57117-6241 | CR Evergreen, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| DEPARTMENT STORES NATIONAL BANK/MACYS<br>NCO FINANCIAL SYSTEMS, INC.<br>PO BOX 137<br>COLUMBUS, GA  31902-0137 | FIA CSNA<br>PO BOX 17054<br>WILMINGTON DE 19850-7054 | FIA Card Services NA aka Bank of America<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 |
| GEMBGAP<br>PO BOX 981400<br>EL PASO TX 79998-1400 | GEMBJCP<br>PO BOX 984100<br>EL PASO TX 79998 | GEMBSAMS CLUB<br>PO BOX 981400<br>EL PASO TX 79998-1400 |
| HSBC BANK<br>PO BOX 5253<br>CAROL STREAM IL 60197-5253 | HSBCBOSCV<br>PO BOX 4274<br>READING PA 19606-0674 | KOHLSCHASE<br>N56 W 17000 RIDGEWOOD DR<br>MENOMONEE FALLS WI 53051-7096 |
| MCYDSNB<br>9111 DUKE BLVD<br>MASON OH 45040-8999 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | PIER 1NB<br>800 BROOKSEDGE BLV<br>WESTERVILLE OH 43081-2822 |
| PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>PO Box 12914<br>NORFOLK VA 23541-0914 | R ALEXANDER ACOSTA ESQ<br>SOUTHERN DISTRICT OF FLORIDA<br>99 NE 4TH ST<br>MIAMI FL 33132-2131 | SEARSCBSD<br>PO BOX 6189<br>SIOUX FALLS SD 57117-6189 |

```
SOUTH JERSEY FEDERAL C              SPECIAL ASSISTANT US ATTORNEY         SPECIAL ASSISTANT US ATTORNEY
PO BOX 5530                         1114 CLAUDE PEPPER FEDERAL BUILDING    7771 W OAKLAND PARK BLVD STE 240
DEPTFORD NJ 08096-0530              POB 9 STOP 8000 51 SW 1ST AVE          SUNRISE FL 33351-6747
                                    MIAMI FL 33130


SUN NATIONAL BANK                   THE HONORABLE JOHN ASHCROFT           (p)TOYOTA MOTOR CREDIT CORPORATION
226 W LANDIS AVE                    ATTORNEY GENERAL OF THE UNITED STATES  PO BOX 8026
VINELAND NJ 08360-8142              950 PENNSYLVANIA AVE NW RM 4400        CEDAR RAPIDS IA 52408-8026
                                    WASHINGTON DC 20530-0001


US DEPT OF EDUCATION               (p)WACHOVIA BANK NA                     WACHRL
PO BOX 5609                         MAC X2303-01A                          PO BOX 3117
GREENVILLE TX 75403-5609            1 HOME CAMPUS                          WINSTON SALEM NC 27102-3117
                                    1ST FLOOR
                                    DES MOINES IA 50328-0001


(p)CHASE CARD SERVICES              WFNNBEXPRESS                           WFNNBVICTORIAS SECRET
201 NORTH WALNUT STREET             4590 E BROAD ST                        220 W SCHROCK RD
ATTN MARK PASCALE                   COLUMBUS OH 43213-1301                 WESTERVILLE OH 43081-2873
MAIL STOP DE1-1406
WILMINGTON DE 19801-2920


XLSEFR                              ZALESCBSD                              Edward Freire
1500 W 3RD ST STE 125               PO BOX 9714                            10647 N Kendall Drive
CLEVELAND OH 44113-1422             GRAY TN 37615-9714                     Miami, FL 33176-1510



Laila S. Gonzalez                   Nancy K. Neidich                       Tatiana Antonetti
10647 N Kendall Dr                  www.ch13herkert.com                    16909 N. Bay Rd Apt. 919
Miami, FL 33176-1510                POB 279806                             Sunney Isl Bch, FL 33160-4228
                                    Miramar, FL 33027-9806
```

              The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
           by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
DEPARTMENT OF TREASURY             (d)IRS INSOLVENCY SUPPORT GROUP         TOYOTA MOTOR CREDIT
ATTN ADELINA WORNER                 UNIT 1 STOP 5730                       4 GATEHALL DR STE 350
POB 21126                           7850 SW 6TH CT RM 165                  PARSIPPANY NJ 07054
PHILADELPHIA PA 19114               PLANTATION FL 33324


WACHOVIA BANK NAFTU                 WASHINGTON MUTUAL FA                  (d)Wachovia Bank, National Association
PO BOX 3117                         PO BOX 1093                            P. O. Box 13765, R4057-01P
WINSTON SALEM NC 27102              NORTHRIDGE CA 91328                    Roanoke, VA 24037-3765
```

              The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Miami | (d)East Bay Funding, LLC<br>c/o Resurgent Capital Services<br>PO Box 288<br>Greenville, SC 29602-0288 | End of Label Matrix<br>Mailable recipients    47<br>Bypassed recipients     2<br>Total                   49 |