

ORDERED in the Southern District of Florida on May 9, 2013.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:   Tatiana Antonietti

Debtors.
_____/

Case No.: 09-33268-LMI
Chapter 13

## ORDER AUTHORIZING MODIFICATION OF MORTGAGE AND REQUEST FOR ATTORNEY FEES

This cause having come on for hearing on the 7th day of May, 2013 on Debtors' Motion to Modify Mortgage and Request for Attorneys Fees and based on the record, it is;

**ORDERED and ADJUDGED:**

1. Debtors' Motion to Modify Mortgage and Request for Attorneys Fees is granted.

2. The Debtor is authorized to enter into a Mortgage Modification.

3. Debtors' counsel is awarded $525.00 in attorneys fees.

###

Copies Furnished to:
Freire & Gonzalez, P.A., Attorneys for Debtors
Tatiana Antonietti, Debtor
all creditors on the attached mailing list Creditor

The movant, or movant's counsel, Freire & Gonzalez P.A., shall serve a copy of this notice and unless previously served, the above described pleading to all required parties and within the time frames required by Federal Rules of Bankruptcy Proceedures, local rules, or orders of the court, and shall file this original notice and completed certificate of service.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 09-33268-LMI<br>Southern District of Florida<br>Miami<br>Wed May  8 13:44:39 EDT 2013 | East Bay Funding, LLC<br>c/o Resurgent Capital Services<br>PO Box 288<br>GREENVILLE, SC 29602-0288 | Wells Fargo Bank<br>X2303-01A<br>1 Home Campus<br>Des Moines, IA 50328-0001 |
| Wells Fargo Bank NA<br>1 Home Campus<br>Mac x2303-01A<br>Des Moines, IA 50328-0001 | 5TH3RDGLHEC<br>2401 INTERNATIONAL POB 7859<br>MADISON WI 53707-7859 | ANNIE SEZ<br>PO BOX 1003<br>TOTOWA NJ 07511-1003 |
| ASPIRE<br>PO BOX 105555<br>ATLANTA GA 30348-5555 | BANK OF AMERICA<br>PO BOX 17054<br>WILMINGTON DE 19850-7054 | CHASE<br>PO BOX 15298<br>WILMINGTON DE 19850-5298 |
| CHASE BANK USA NA<br>PO BOX 15298<br>WILMINGTON DE 19850-5298 | CHASE-PIER<br>PO BOX 15298<br>WILMINGTON DE 19850-5298 | CHASECC<br>PO BOX 15298<br>WILMINGTON DE 19850-5298 |
| CITI<br>PO BOX 6241<br>SIOUX FALLS SD 57117-6241 | CR Evergreen, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| DEPARTMENT STORES NATIONAL BANK/MACYS<br>NCO FINANCIAL SYSTEMS, INC.<br>PO BOX 137<br>COLUMBUS, GA   31902-0137 | FIA CSNA<br>PO BOX 17054<br>WILMINGTON DE 19850-7054 | FIA Card Services NA aka Bank of America<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 |
| GEMBGAP<br>PO BOX 981400<br>EL PASO TX 79998-1400 | GEMBJCP<br>PO BOX 984100<br>EL PASO TX 79998 | GEMBSAMS CLUB<br>PO BOX 981400<br>EL PASO TX 79998-1400 |
| HSBC BANK<br>PO BOX 5253<br>CAROL STREAM IL 60197-5253 | HSBCBOSCV<br>PO BOX 4274<br>READING PA 19606-0674 | KOHLSCHASE<br>N56 W 17000 RIDGEWOOD DR<br>MENOMONEE FALLS WI 53051-7096 |
| MCYDSNB<br>9111 DUKE BLVD<br>MASON OH 45040-8999 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | PIER 1NB<br>800 BROOKSEDGE BLV<br>WESTERVILLE OH 43081-2822 |
| PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>PO Box 12914<br>NORFOLK VA 23541-0914 | R ALEXANDER ACOSTA ESQ<br>SOUTHERN DISTRICT OF FLORIDA<br>99 NE 4TH ST<br>MIAMI FL 33132-2131 | SEARSCBSD<br>PO BOX 6189<br>SIOUX FALLS SD 57117-6189 |

| | | |
|---|---|---|
| SOUTH JERSEY FEDERAL C<br>PO BOX 5530<br>DEPTFORD NJ 08096-0530 | SPECIAL ASSISTANT US ATTORNEY<br>1114 CLAUDE PEPPER FEDERAL BUILDING<br>POB 9 STOP 8000 51 SW 1ST AVE<br>MIAMI FL 33130 | SPECIAL ASSISTANT US ATTORNEY<br>7771 W OAKLAND PARK BLVD STE 240<br>SUNRISE FL 33351-6747 |
| SUN NATIONAL BANK<br>226 W LANDIS AVE<br>VINELAND NJ 08360-8142 | THE HONORABLE JOHN ASHCROFT<br>ATTORNEY GENERAL OF THE UNITED STATES<br>950 PENNSYLVANIA AVE NW RM 4400<br>WASHINGTON DC 20530-0001 | (p)TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 |
| US DEPT OF EDUCATION<br>PO BOX 5609<br>GREENVILLE TX 75403-5609 | (p)WACHOVIA BANK NA<br>MAC X2303-01A<br>1 HOME CAMPUS<br>1ST FLOOR<br>DES MOINES IA 50328-0001 | WACHRL<br>PO BOX 3117<br>WINSTON SALEM NC 27102-3117 |
| (p)CHASE CARD SERVICES<br>201 NORTH WALNUT STREET<br>ATTN MARK PASCALE<br>MAIL STOP DE1-1406<br>WILMINGTON DE 19801-2920 | WFNNBEXPRESS<br>4590 E BROAD ST<br>COLUMBUS OH 43213-1301 | WFNNBVICTORIAS SECRET<br>220 W SCHROCK RD<br>WESTERVILLE OH 43081-2873 |
| Wells Fargo Bank, N.A.<br>Attention: Bankruptcy Department<br>MAC #D3347-014<br>3476 Stateview Blvd<br>Fort Mill, SC 29715-7203 | XLSEFR<br>1500 W 3RD ST STE 125<br>CLEVELAND OH 44113-1422 | ZALESCBSD<br>PO BOX 9714<br>GRAY TN 37615-9714 |
| Edward Freire<br>10647 N Kendall Drive<br>Miami, FL 33176-1510 | Laila S. Gonzalez<br>10647 N Kendall Dr<br>Miami, FL 33176-1510 | Nancy K. Neidich<br>www.ch13herkert.com<br>POB 279806<br>Miramar, FL 33027-9806 |
| Tatiana Antonetti<br>16909 N. Bay Rd Apt. 919<br>Sunney Isl Bch, FL 33160-4228 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| DEPARTMENT OF TREASURY<br>ATTN ADELINA WORNER<br>POB 21126<br>PHILADELPHIA PA 19114 | (d)IRS INSOLVENCY SUPPORT GROUP<br>UNIT 1 STOP 5730<br>7850 SW 6TH CT RM 165<br>PLANTATION FL 33324 | TOYOTA MOTOR CREDIT<br>4 GATEHALL DR STE 350<br>PARSIPPANY NJ 07054 |
| WACHOVIA BANK NAFTU<br>PO BOX 3117<br>WINSTON SALEM NC 27102 | WASHINGTON MUTUAL FA<br>PO BOX 1093<br>NORTHRIDGE CA 91328 | (d)Wachovia Bank, National Association<br>P. O. Box 13765, R4057-01P<br>Roanoke, VA 24037-3765 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Miami

(d)East Bay Funding, LLC
c/o Resurgent Capital Services
PO Box 288
Greenville, SC 29602-0288

End of Label Matrix
Mailable recipients    48
Bypassed recipients     2
Total                  50